**Opinion issued October 8, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00765-CV

———————————

**SHENG ZHONG AND SPICY SICHUAN, INC., Appellants**

**V.**

**XING QUAN LIU, INDIVIDUALLY AND ON BEHALF OF THE PARTNERSHIP OF XING QUAN LIU AND XIAO FENG ZHU, AND QUAN FENG CATERING SERVICES, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1004756**

---

## MEMORANDUM OPINION

Appellants, Sheng Zhong and Spicy Sichuan, Inc., have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellants failed to include a certificate of conference in

their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

2